UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.                                  Case No.:  1:25cv224/MCR/ZCB

TODD BLANCHE,

    Respondent.
_____/

**ORDER**

    The Magistrate Judge issued a Report and Recommendation dated August 28, 2025.  *See* ECF No. 8.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this order.

2. The amended habeas petition under 28 U.S.C. § 2241 (Doc. 5) is **DISMISSED** without prejudice as frivolous and based on *Younger* abstention.

3. All pending motions are **DENIED** as moot.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**